Tate TROYER; Cindy Troyer,
Plaintiffs–Appellants,

v.

BOOMTOWN LLC OF DELAWARE; Louisiana–1 Gaming Apic; Greg Champagne, St. Charles Parish Sheriff; Michael Maunoir; Madeline Maunoir; Thomas Jones; Joseph Robertson; Officer Finn; Terry Richard; Paul D. Connick, Jr., in his capacity as District Attorney of Jefferson Parish, Defendants–Appellees.

No. 05–30127.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 12, 2005.

Robert B. Evans, III, Reed, Burgos, Venezia & Evans, New Orleans, LA, for Plaintiff–Appellant.

James G. Perdigao, Adams & Reese, A. Edward Cangelosi, Freeman R. Matthews, Usry, Weeks & Matthews, New Orleans, LA, John H. Musser, IV, Law Office of Don Almerico, St. Rose, LA, for Defendant–Appellee.

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: [*]

Essentially for the reasons stated in the district court's minute entries entered 22

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

December 2004 and 13 January 2005, the judgment is

*AFFIRMED.*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.